**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ahmed Malachi ABDEL–AZIZ, a/k/a Bobby Seal, a/k/a Bobby Seals, a/k/a Ahmed Abdel Aziz, a/k/a Jerome Smith, a/k/a Michael Smith, a/k/a Cedric Ellison, a/k/a Fretral McRae, a/k/a Chreshan Allen, Defendant–Appellant.**

No. 03–6127.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 23, 2003.

Ahmed Malachi Abdel–Aziz, Appellant pro se. Dennis M. Duffy, Assistant United States Attorney, Mary Jude Darrow, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ahmed Malachi Abdel–Aziz appeals the district court's order denying his motion for immediate injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Abdel–Aziz,* No. CR–00–75 (E.D.N.C. Dec. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*